■ VIRGINIA IRON, COAL AND COKE COMPANY, Appellant, v. ESTHER BUCHMAN et al., Individually and as Copartners of SHASKAN AND COMPANY, et al., Respondents, et al., Defendants.— Order, entered on October 10, 1961, so far as appealed from, unanimously modified on the law and in the exercise of discretion to the extent of striking from the third ordering paragraph of said order, all of the language immediately following the words " of this Court " and inserting instead the word " forthwith." As so modified, the order appealed from is affirmed, with $20 costs and disbursements to the appellant. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ ANNA M. HENNING, Appellant, v. GUSTAV HENNING, Respondent.— Order, entered on June 1, 1960, confirming the report of an Official Referee, unanimously modified, on the law and on the facts, to the extent of increasing the alimony to $250 per week and counsel fee to $1,250, and, as so modified, affirmed, with $20 costs and disbursements to plaintiff-appellant. On this record we believe the award of alimony and counsel fee to be inadequate. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT L. BRADFORD, Appellant, v. HENRY J. NOBLE, as Warden of the Penitentiary of the City of New York, Rikers Island, Respondent.— Order, entered on September 14, 1961, unanimously affirmed. No opinion. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ 900 FIFTH AVENUE CORPORATION, Appellant, v. A. P. HIRSCH et al., Defendants, and OTIS ELEVATOR CO. et al., Respondents.— Orders entered on May 24, 1961 unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ MALVERNE DISTRIBUTORS, INC., Respondent, v. AMERICAN CREDIT INDEMNITY COMPANY OF NEW YORK, Appellant.— Order and judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTONIO FUENTES, Appellant.— Order entered on January 10, 1961 unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ ABBEY FUNERAL DIRECTORS, INC., v. JOHN F. SMITH et al.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.